IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 5:22-CV-6056 |
| ) | |
| BRIDGETT ROBBINS, ) | |
| STATE OF MISSOURI, ) | |
| DOERNER, SAUNDERS, DANIEL, ) | |
| & ANDERSON, LLP., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Comes Now, Joshua B. Howell, Special Assistant Attorney General, duly licensed to practice in the United States District Court for the Western District of Missouri, and enters his appearance as an attorney of record for the Missouri Department of Revenue in the above cause.

Respectfully submitted,

STATE OF MISSOURI
DEPARTMENT OF REVENUE

Joshua B. Howell Bar No. 72856
Legal Counsel
Special Assistant Attorney General
Department of Revenue
P.O. Box 854
Jefferson City, Missouri 65105
(573) 751-0961 telephone
(573) 751-7151 facsimile
Joshua.howell@DOR.MO.GOV

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed with the Clerk of the Court via CM/ECF system and a correct copy was served electronically to all attorneys of record in this case registered with the CM/ECF system and unrepresented parties, postage prepaid, by US mail, on this 2nd day of June 2022, to:

U.S. Department of Justice
ATTN: Daniel Applegate
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044

Bridgett Robbins
248 Clinton Ave.
Osborn, MO 64474

Doerner, Saunders, Daniels, & Anderson LLP
2 W 2nd St. #700
Tulsa, Oklahoma 74103

Joshua B. Howell