IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRIDGETT ROBBINS, ) <br> STATE OF MISSOURI, ) <br> DOERNER, SAUNDERS, DANIEL, ) <br> & ANDERSON, LLP., ) <br> ) <br> Defendants. ) | Case No. 5:22-CV-6056 |

## DEPARTMENT OF REVENUE'S ANSWER

COMES NOW Defendant, Missouri Department of Revenue (hereinafter "Department"), by and through counsel, Joshua B. Howell, in response to the Petition submitted by, Plaintiff, United States of America.

1. The Department is without sufficient information to admit or deny the allegations contained in paragraph 1 and therefore must deny the same.

2. The Department is without sufficient information to admit or deny the allegations contained in paragraph 2 and therefore must deny the same.

### Jurisdiction and Parties

3. Paragraph 3 appears to be a legal conclusion to which no response is required, but to the extent an answer is deemed required, the Department denies the allegations.

4. Paragraph 4 appears to be a legal conclusion to which no response is required, but to the extent an answer is deemed required, the Department denies the allegations.

5. The Department is without sufficient information to admit or deny the allegations contained in paragraph 5 and therefore must deny the same.

6. The Department admits it has obtained an interest in the real property based on tax liens recorded on or about November 25, 2011; June 16, 2016; and September 9, 2016.

Further answering the allegations contained within paragraph 6 the Department states it has also obtained an interest in the real property based on a tax lien recorded on August 8, 2014. By operation of Section 143.902, RSMo, the certificates of tax liens previously mentioned are subject to accruing interest, attach to all real and personal property including the subject property in this suit, and are outstanding and due. Currently, the Department is entitled to **$233,982.79**. The Certificates of Tax Liens have been attached as **Exhibit A**.

7. The Department is without sufficient information to admit or deny the allegations contained in paragraph 7 and therefore must deny the same.

8. The Department is without sufficient information to admit or deny the allegations contained in paragraph 8 and therefore must deny the same.

9. The Department is without sufficient information to admit or deny the allegations contained in paragraph 9 and therefore must deny the same.

## COUNT I: FEDERAL TAX LIEN FORECLOSURE

10. The Department is without sufficient information to admit or deny the allegations contained in paragraph 10 and therefore must deny the same.

11. The Department is without sufficient information to admit or deny the allegations contained in paragraph 11 and therefore must deny the same.

12. Paragraph 12 appears to be a legal conclusion to which no response is required, but to the extent an answer is deemed required, the Department denies the allegations.

14. The Department is without sufficient information to admit or deny the allegations contained in paragraph 14 and therefore must deny the same.
15. Paragraph 15 appears to be a legal conclusion to which no response is required, but to the extent an answer is deemed required, the Department denies the allegations.
16. The Department is without sufficient information to admit or deny the allegations contained in paragraph 16 and therefore must deny the same.
17. The Department is without sufficient information to admit or deny the allegations contained in paragraph 17 and therefore must deny the same.
18. The Department is without sufficient information to admit or deny the allegations contained in paragraph 18 and therefore must deny the same.
19. Paragraph 19 appears to be a legal conclusion to which no response is required, but to the extent an answer is deemed required, the Department denies the allegations.
20. The Department is without sufficient information to admit or deny the allegations contained in paragraph 20 and therefore must deny the same.
21. The Department is without sufficient information to admit or deny the allegations contained in paragraph 21 and therefore must deny the same.
22. Paragraph 22 appears to be a legal conclusion to which no response is required, but to the extent an answer is deemed required, the Department denies the allegations.
23. The Department is without sufficient information to admit or deny the allegations contained in paragraph 23 and therefore must deny the same.
24. The Department is without sufficient information to admit or deny the allegations contained in paragraph 24 and therefore must deny the same.

25. Paragraph 25 appears to be a legal conclusion to which no response is required, but to the extent an answer is deemed required, the Department denies the allegations.

WHEREFORE, the Department having fully answered, requests this Court to award the Department its full interests as identified above, subject to the accrual of interest, to tax costs of these proceedings against the Plaintiff; enforce the Department's tax liens against all of Bridgett Robbins' property and rights to property, including the "348 Clinton Property"; Order that the Department's interest in the Property is senior to the federal tax liens and make a determination of priority of the interests in the Property; and for any such other relief as this Court deems just and proper.

## COUNT II: JUDGMENT LIEN FORECLOSURE

26. The Department is without sufficient information to admit or deny the allegations contained in paragraph 26 and therefore must deny the same.

27. The Department is without sufficient information to admit or deny the allegations contained in paragraph 27 and therefore must deny the same.

28. The Department is without sufficient information to admit or deny the allegations contained in paragraph 28 and therefore must deny the same.

29. Paragraph 29 appears to be a legal conclusion to which no response is required, but to the extent an answer is deemed required, the Department denies the allegations.

30. Paragraph 30 appears to be a legal conclusion to which no response is required, but to the extent an answer is deemed required, the Department denies the allegations.

WHEREFORE, the Department having fully answered, requests this Court to award the Department its full interests as identified above, subject to the accrual of interest, to tax costs of these proceedings against the Plaintiff; enforce the Department's tax liens against all of Bridgett

Robbins' property and rights to property, including the "348 Clinton Property"; Order that the Department's interest in the Property is senior to the federal tax liens and make a determination of priority of the interests in the Property; and for any such other relief as this Court deems just and proper.

Respectfully submitted,

STATE OF MISSOURI
DEPARTMENT OF REVENUE

/s/ Joshua B. Howell

Joshua B. Howell Bar No. 72856
Legal Counsel - Collections
Special Assistant Attorney General
Department of Revenue
P.O. Box 854
Jefferson City, Missouri 65105
(573) 751-0961 telephone
(573) 751-7151 facsimile
Joshua.howell@DOR.MO.GOV

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed with the Clerk of the Court via CM/ECF system and a correct copy was served electronically to all attorneys of record in this case registered with the CM/ECF system and unrepresented parties, postage prepaid, by US mail, on this 1st day of June 2022, to:

U.S. Department of Justice
ATTN: Daniel Applegate
P.O. Box 7238, Ben Franklin Station
Washington, D.C. 20044

Bridgett Robbins
248 Clinton Ave.
Osborn, MO 64474

Doerner, Saunders, Daniels, & Anderson LLP
2 W 2nd St. #700
Tulsa, Oklahoma 74103

Joshua B. Howell

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MISSOURI DEPARTMENT OF REVENUE** <br> **TAXATION DIVISION** <br> P O BOX 3800 <br> JEFFERSON CITY, MO 65105-3800 | | | | | **FORM** <br> **5207** <br> (Rev 03-10) | **Date** <br> **AUGUST 8, 2014** <br> Phone: (573) 522-6276 <br> Fax: (573) 522-2404 | |

## CERTIFICATE OF TAX LIEN - INDIVIDUAL INCOME TAX



| | |
|---|---|
| **RECORDER OF DEEDS** <br> **CLINTON COUNTY COURTHOUSE** <br> P O BOX 275 <br> PLATTSBURG MO 64477 | FILED <br> AUG 11 2014 <br> MOLLY LIVINGSTON <br> Clerk of Clinton Co. Circuit Court |

| | |
|---|---|
| Case No: | 14CN MC00190 |
| Primary SSN: | XXX-XX-0185 |
| Secondary SSN: | XXX-XX-0000 |
| Lien No: | 14042392855 01 |
| Total Amount Due: | 116,075.83 |

The Director of Revenue, under Section 143.902, RSMo, hereby certifies that the following assessment of tax, interest, additions to tax, penalties, and fees have been made and become final. Interest continues to accrue as provided by law until the full amount of the tax liability is paid.

Name of Debtor(s): ROBBINS,BRIDGETT

County Location: CLINTON          049

| FILE PERIOD | DLN | TAX DUE | INTEREST | ADDITIONS TO TAX | PENALTIES | LIEN FEES | BALANCE DUE | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 2011 | 14042392855 | 87,846.00 | 6,263.83 | 21,961.50 | 0.00 | 4.50 | 116,075.83 | 05/25/2014 |
| **TOTAL** | | 87,846.00 | 6,263.83 | 21,961.50 | 0.00 | 4.50 | 116,075.83 | |

Official Use Only

Under Section 143.902, RSMo. the certificate of lien filed with the Recorder of Deeds shall be a lien against all real and personal property of the debtor(s) listed above and all real and personal property acquired by manner after the filing of this lien. Under Section 143.902, RSMo, the certificate of lien filed with the circuit clerk of the circuit court shall have the full force and effect of a default judgment upon entry in the record of the circuit court and execution shall issue at the request of the Director of Revenue or agent as provided in the case of all other judgments.

**DIRECTOR OF REVENUE OR DELEGATE** <br> **STATE OF MISSOURI**

BY: _Mike Y Dent_ <br> **Administrator**

**MISSOURI DEPARTMENT OF REVENUE**
TAXATION DIVISION
P O BOX 3800
JEFFERSON CITY, MO 65105-3800

**CERTIFICATE OF TAX LIEN - INDIVIDUAL INCOME TAX**

FORM **5207** (Rev 09-10)

Date: **SEPTEMBER 9, 2016**
Phone: (573) 522-6276
Fax: (573) 522-2404

| | |
|---|---|
| Case No: | |
| Primary SSN: | XXX-XX-0185 |
| Secondary SSN: | XXX-XX-0000 |
| Lien No: | 16075021320 01 |
| Total Amount Due: | 15,822.01 |

The Director of Revenue, under Section 143.902, RSMo, hereby certifies that the following assessment of tax, interest, additions to tax, penalties, and fees have been made and become final. Interest continues to accrue as provided by law until the full amount of the tax liability is paid.

Name of Debtor(s): ROBBINS,BRIDGETT

County Location: DEKALB        063

| FILE PERIOD | DLN | TAX DUE | INTEREST | ADDITIONS TO TAX | PENALTIES | LIEN FEES | BALANCE DUE | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 2014 | 16075021320 | 12,071.00 | 533.26 | 3,017.75 | 200.00 | 0.00 | 15,822.01 | 06/26/2016 |
| TOTAL | | 12,071.00 | 533.26 | 3,017.75 | 200.00 | 0.00 | 15,822.01 | |

Official Use Only

Under Section 143.902, RSMo, the certificate of lien filed with the Recorder of Deeds shall be a lien against all real and personal property of the debtor(s) listed above and all real and personal property acquired by manner after the filing of this lien. Under Section 143.902, RSMo, the certificate of lien filed with the circuit clerk of the circuit court shall have the full force and effect of a default judgment upon entry in the record of the circuit court and execution shall issue at the request of the Director of Revenue or agent as provided in the case of all other judgments.

**DIRECTOR OF REVENUE OR DELEGATE
STATE OF MISSOURI**

BY: *Mike Y Dans*
Administrator

**MISSOURI DEPARTMENT OF REVENUE**
TAXATION DIVISION
P O BOX 3800
JEFFERSON CITY, MO 65105-3800

**CERTIFICATE OF TAX LIEN - INDIVIDUAL INCOME TAX**

| FORM 5207 (Rev 03-10) | Date JUNE 17, 2016 |
|---|---|
| | Phone: (573) 522-6276 |
| | Fax: (573) 522-2404 |

RECORDER OF DEEDS
DEKALB COUNTY COURTHOUSE
P O BOX 248
MAYSVILLE MO 64469

| Case No: | |
|---|---|
| Primary SSN: | XXX-XX-0185 |
| Secondary SSN: | XXX-XX-0000 |
| Lien No: | 15316391830 01 |
| Total Amount Due: | 56,790.55 |

The Director of Revenue, under Section 143.902, RSMo, hereby certifies that the following assessment of tax, interest, additions to tax, penalties, and fees have been made and become final. Interest continues to accrue as provided by law until the full amount of the tax liability is paid.

Name of Debtor(s): ROBBINS,BRIDGETT

County Location: DEKALB    063

| FILE PERIOD | DLN | TAX DUE | INTEREST | ADDITIONS TO TAX | PENALTIES | LIEN FEES | BALANCE DUE | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 2008 | 15320391301 | 5,317.00 | 1,227.23 | 265.85 | 0.00 | 4.50 | 6,814.58 | 02/28/2016 |
| 2009 | 15316391830 | 6,057.00 | 1,126.54 | 302.85 | 0.00 | 0.00 | 7,486.39 | 02/28/2016 |
| 2010 | 15316391836 | 18,424.00 | 2,880.02 | 921.20 | 0.00 | 0.00 | 22,225.22 | 02/28/2016 |
| 2012 | 16006491234 | 4,558.86 | 441.58 | 1,139.72 | 0.00 | 0.00 | 6,140.16 | 04/24/2016 |
| 2013 | 16075021316 | 10,731.00 | 710.45 | 2,682.75 | 0.00 | 0.00 | 14,124.20 | 04/24/2016 |
| TOTAL | | 45,087.86 | 6,385.82 | 5,312.37 | 0.00 | 4.50 | 56,790.55 | |

Official Use Only

Under Section 143.902, RSMo, the certificate of lien filed with the Recorder of Deeds shall be a lien against all real and personal property of the debtor(s) listed above and all real and personal property acquired by manner after the filing of this lien. Under Section 143.902, RSMo, the certificate of lien filed with the circuit clerk of the circuit court shall have the full force and effect of a default judgment upon entry in the record of the circuit court and execution shall issue at the request of the Director of Revenue or agent as provided in the case of all other judgments.

**DIRECTOR OF REVENUE OR DELEGATE**
**STATE OF MISSOURI**

BY: *Mike Y Dant*
Administrator

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **MISSOURI DEPARTMENT OF REVENUE** | | | | | **FORM 5207** (Rev 03-10) | **Date** NOVEMBER 25, 2011 | |

**MISSOURI DEPARTMENT OF REVENUE**
**TAXATION DIVISION**
P O BOX 3800
JEFFERSON CITY, MO 65105-3800

**CERTIFICATE OF TAX LIEN - INDIVIDUAL INCOME TAX**

FORM 5207 (Rev 03-10)

Date: NOVEMBER 25, 2011
Phone: (573) 522-6276
Fax: (573) 522-2404

FILED NOV 2 9 2011
JULIE WHITSELL
Circuit Clerk & Ex-Officio Recorder
DE KALB COUNTY, MO

RECORDER OF DEEDS
DEKALB COUNTY COURTHOUSE
P O BOX 248
MAYSVILLE MO 64469

| Case No: | 11DK-MC00187 |
|---|---|
| Primary SSN: | XXX-XX-0185 |
| Secondary SSN: | XXX-XX-0000 |
| Lien No: | 06262391764 01 |
| Total Amount Due: | 2,304.26 |

The Director of Revenue, under Section 143.902, RSMo, hereby certifies that the following assessment of tax, interest, additions to tax, penalties, and fees have been made and become final. Interest continues to accrue as provided by law until the full amount of the tax liability is paid.

Name of Debtor(s): ROBBINS, BRIDGETT

County Location: DEKALB          063

| FILE PERIOD | DLN | TAX DUE | INTEREST | ADDITIONS TO TAX | PENALTIES | LIEN FEES | BALANCE DUE | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|---|
| 2002 | 06262391764 | 1,294.00 | 682.26 | 323.50 | 0.00 | 4.50 | 2,304.26 | 04/27/2007 |
| TOTAL | | 1,294.00 | 682.26 | 323.50 | 0.00 | 4.50 | 2,304.26 | |

Official Use Only

Under Section 143.902, RSMo, the certificate of lien filed with the Recorder of Deeds shall be a lien against all real and personal property of the debtor(s) listed above and all real and personal property acquired by manner after the filing of this lien. Under Section 143.902, RSMo, the certificate of lien filed with the circuit clerk of the circuit court shall have the full force and effect of a default judgment upon entry in the record of the circuit court and execution shall issue at the request of the Director of Revenue or agent as provided in the case of all other judgments.

**DIRECTOR OF REVENUE OR DELEGATE**
**STATE OF MISSOURI**

BY: *[signature]*
Administrator